IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02291-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL THURMAN,

    Defendant.

## ORDER TO UNRESTRICT CASE

The Court, having reviewed the United States' Motion to Unrestrict Case (Doc. # 8), and finding good cause, hereby

ORDERS that the Clerk of the Court is DIRECTED to unrestrict this case and remove all restrictions on all documents filed in this case.

DATED: September  05 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge